Bryan J. McCormack, Esq.
MCCORMACK AND ERLICH, LLP
150 Post Street, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552
Email: bryan@mcelawfirm.com

Attorneys for Plaintiffs
*Leland Lennear and Narvel Henry, Sr*.

John P. Hasman, Esq.
ARMSTRONG TEASDALE, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone No.: (775) 322-7400
Facsimile No. : (775) 322-9049
jhasman@armstrongteasdale.com

Attorneys for Defendants
*Diamond Pet Food Processors of California, LLC, and*
*Diamond Pet Food Processors of Ripon, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND LENNEAR AND NARVELL HENRY, SR.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC; DIAMOND PET FOOD PROCESSORS OF RIPON, LLC; SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS;  and DOES 1 to 25,<br><br>　　　　Defendants. | Case No. 2:13-CV-01871-TLN-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER**<br><br>Complaint Filed:　September 9, 2013<br>Trial Date:　　　　August 17, 2015 |

- 1 -

STIPULATION AND ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER

Plaintiffs LELAND LENNAR and NARVELL HENRY ("Plaintiffs") and Defendants DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC; DIAMOND PET FOOD PROCESSORS OF RIPON, LLC, and SCHELL & KAMPETER, INC. (dba) DIAMAOND PET FOODS (hereinafter, collectively referred to as "Defendants") hereby jointly stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure to extend the deadlines set forth in the Status (Pretrial Scheduling) Scheduling Order (hereinafter the "Scheduling Order") for good cause as set forth herein.

Plaintiffs' lawsuit asserts claims against Defendants for race harassment, race discrimination, wrongful termination, and retaliation under state and federal law. Plaintiffs filed the initial Complaint on September 9, 2013, and Defendants filed their Answer on October 10, 2013. Plaintiff seeks special damages in the form of past and future earnings, employment benefits, loss of earning capacity, general damages, punitive damages, and attorneys' fees. Defendants deny liability.

On January 29, 2014, this Court issued a Pre-Trial Scheduling Order without hearing. According to the Order, the deadline for non-expert discovery is September 19, 2014, the expert disclosure deadline is November 20, 2014, the last date for dispositive motions is March 12, 2015, and the jury trial is scheduled for August 17, 2015.

Counsel for Plaintiffs and Defendants are also counsel in another case, Hollins, *et al.* v. Diamond Pet Food Processors of California, LLC*, et al.,* Case No. 2:13-CV-00113-MCE-KJN ("the *Hollins* case"). As the *Hollins* case and *Lennear* case involve several of the same defendants and witnesses and many of the same allegations of race discrimination and retaliation, the parties have been concentrating on resolving the *Hollins* case, which was scheduled for binding arbitration on October 20, 2014. In fact, the parties recently settled the Hollins case and entered into a binding settlement agreement in that case on June 19, 2014. Many of the witnesses deposed and documents exchanged in the *Hollins* case are the same documents and witnesses in the *Lennear* case. However, additional written discovery and depositions related to the *Lennear* case will need to be completed before the discovery deadline.

Thus, the parties seek a brief extension of the deadlines related to non-expert discovery and expert disclosures as follows:

- 2 -

STIPULATION AND ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER

- o   Non-expert discovery deadline extended from September 19, 2014 to November 20, 2014.
- o   Initial expert witness disclosure deadline extended from November 20, 2014 to December 17, 2014;
- o   All other deadlines will remain the same;

In light of the foregoing, and for good cause shown, the parties respectfully request that the Court modify the existing Scheduling Order as agreed by the parties and as set forth herein. This extension does not affect the dates related to dispositive motions, the pretrial conference date, or the trial date, although those dates are included below for sake of context. The parties propose the following new scheduling deadlines:

| **Deadline** | **Existing Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery Cutoff | September 19, 2014 | November 20, 2014 |
| Initial Expert Disclosures | November 20, 2014 | December 17, 2014 |
| Rebuttal Expert Disclosures | 20 Days After Initial Disclosure | 20 Days After Initial Disclosure |
| Last Hearing Date for Motions | March 12, 2015 | March 12, 2015 |
| Final Pretrial Conference | June 18, 2015 | June 18, 2015 |
| Trial | August 17, 2015 | August 17, 2015 |

Dated: June 25, 2014                                                         Dated: June 25, 2014

/s/ *Bryan J. McCormack*                                              /s/ *John P. Hasman*
BRYAN J. McCORMACK                                              JOHN P. HASMAN
McCORMACK & ERLICH, LLP                                    ARMSTRONG TEASDALE, LLP

Attorneys for Plaintiffs                                                   Attorneys for Defendants

STIPULATION AND ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER

**ORDER**

Pursuant to the joint stipulation of the parties, and good cause appearing, the deadline for completion of discovery is hereby continued from September 19, 2014 to November 20, 2014, the deadline for designation of expert witnesses is hereby continued from November 20, 2014 to December 17, 2014.  All other dates remains the same.

IT IS SO ORDERED.

Dated: July 3, 2014

_____
Troy L. Nunley
United States District Judge