UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND LENNEAR AND NARVELL HENRY, SR., | No. 2:13-cv-1871 TLN DAD |
| Plaintiffs, | |
| v. | ORDER |
| DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC; DIAMOND PET FOOD PROCESSORS OF RIPON, LLC; SCHELL & KAMPETER, INC. d/b/a/ DIAMOND PET FOODS, | |
| Defendants. | |

On December 19, 2014, this matter came before the undersigned for hearing of plaintiffs' motion to compel. Attorney Bryan McCormack appeared telephonically on behalf of the plaintiffs and attorney John Hasman appeared telephonically on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that plaintiffs' motion to compel (Dkt. No. 21) is denied save and except to the extent of the representations made by defense

/////

/////

/////

1

counsel on the record at the December 19, 2014 hearing with respect to the discovery responses already provided.

Dated:  December 19, 2014

                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\lennear1871.oah.121914.docx