Bryan J. McCormack
MCCORMACK AND ERLICH, LLP
150 Post Street, Suite 742
San Francisco, California 94108
Tel: 415.296.8420
Fax: 415.296.8552
bryan@mcelawfirm.com
Attorneys for Plaintiffs
*Leland Lennear and Narvell Henry, Sr.*

CONOR P. FLYNN
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy, Ste. 200
Las Vegas, Nevada  89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
cflynn@armstrongteasdale.com

JOHN P. HASMAN
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621-5070
Facsimile:  314.621.5065
jhasman@armstrongteasdale.com
Attorneys for Defendants
*Diamond Pet Food Processors of California, LLC, and Diamond Pet Food Processors of Ripon, LLC, Schell & Kampeter, Inc., d/b/a Diamond Pet Foods*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LELAND LENNEAR and NARVELL HENRY, SR., <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC, et al. <br><br> Defendants. | CASE NO. 2:13-CV-01871-TLN-DAD <br><br> **JOINT STIPULATION TO AMEND SCHEDULING ORDER AND ORDER** |

1  Plaintiffs and Defendants, by and through their counsel, hereby stipulate and respectfully
2  request that the Court amend the Pretrial Scheduling Order (Doc. #16) to specifically include
3  Section IV.

## I. GOOD CAUSE EXISTS TO AMEND THE PRETRIAL SCHEDULING ORDER

On January 15, 2015 and January 22, 2015 the Defendants filed Motions for Summary Judgment and a Motion to Dismiss as to the claims of Henry and Lennear. (Doc #25-36)  The two motions for summary judgment and the motion to dismiss are currently set for hearing on February 26, 2015.  Section IV of the Pretrial Scheduling Order indicates that all dispositive motions shall be heard no later than March 12, 2015.

The parties have agreed to mediation and attempt to completely resolve the case for the benefit of the parties and the Court.  The mediation is currently set for March 2, 2015.  As such, the parties have stipulated to continue the three motions to a date after the mediation, but before April 23, 2015.  Based on such stipulation, the parties agree that Plaintiffs' oppositions to the motions will be due based on the continued motion dates, rather than the current deadline of February 12, 2015.  Based on such stipulation, Plaintiffs do not intend to file their oppositions by the current deadline.  Defendants intend to ask the Court to reschedule the current hearing date on these motions to a date on or before April 23, 2015 if this order is signed by the Court.

## II. RELIEF SOUGHT

The parties hereby request to have the Pretrial Scheduling Order amended and the Motion Hearing Schedule deadline moved from March 12, 2015 to April 23, 2015 so the parties can attempt to mediate and possibly resolve the case.

SO STIPULATED

Date:  February 11, 2015

| MCCORMACK AND ERLICH, LLP | ARMSTRONG TEASDALE LLP |
|---|---|
| By: /s/  *Bryan J. McCormack* | By: /s/  *John P. Hasman* |
| Bryan J. McCormack | John P. Hasman |
| 150 Post Street, Suite 742 | 7700 Forsyth Boulevard, Suite 1800 |
| San Francisco, California 94108 | St. Louis, Missouri 63105 |
| Tel: 415.296.8420 | Telephone:  314.621.5070 |
| Fax: 415.296.8552 | Facsimile:  314.621.5065 |
| bryan@mcelawfirm.com | jhasman@armstrongteasdale.com |
| ATTORNEYS FOR PLAINTIFFS | and |
| | Conor P. Flynn |
| | 3770 Howard Hughes Pkwy, Ste. 200 |
| | Las Vegas, NV  89169 |
| | Telephone:  702.678.5070 |
| | Facsimile:  702.878.9995 |
| | cflynn@armstrongteasdale.com |
| | ATTORNEYS FOR DEFENDANTS |

### **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Pretrial Scheduling Order be amended and the Motion Hearing Schedule deadline be moved from March 12, 2015 to April 23, 2015.

Dated:  February 12, 2015

_____
Troy L. Nunley
United States District Judge