Bryan J. McCormack
MCCORMACK AND ERLICH, LLP
150 Post Street, Suite 742
San Francisco, California 94108
Tel: 415.296.8420
Fax: 415.296.8552
bryan@mcelawfirm.com
Attorneys for Plaintiffs
*Leland Lennear and Narvell Henry, Sr.*

CONOR P. FLYNN
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy, Ste. 200
Las Vegas, Nevada  89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
cflynn@armstrongteasdale.com

JOHN P. HASMAN
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621-5070
Facsimile:  314.621.5065
jhasman@armstrongteasdale.com
Attorneys for Defendants
*Diamond Pet Food Processors of California, LLC, and Diamond Pet Food Processors of Ripon, LLC, Schell & Kampeter, Inc., d/b/a Diamond Pet Foods*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LELAND LENNEAR and NARVELL HENRY, SR., | CASE NO. 2:13-CV-01871-TLN-DAD |
| Plaintiffs, | **JOINT STIPULATION TO MOVE HEARING DATE AND ORDER** |
| v. | |
| DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC, et al. | |
| Defendants. | |

1

2   Plaintiffs and Defendants, by and through their counsel, hereby stipulate and respectfully

3 request that the Hearing date for the Motions for Summary Judgment and Motion to Dismiss be

4 moved from April 23, 2015 to April 9, 2015.

5   On January 15, 2015 and January 22, 2015 the Defendants filed Motions for Summary

6 Judgment and a Motion to Dismiss as to the claims of Henry and Lennear. (Doc #25-36)  The two

7 motions for summary judgment and the motion to dismiss are currently set for hearing on April 23,

8 2015.

9   The parties have agreed to mediation and attempt to completely resolve the case for the

10 benefit of the parties and the Court.  The mediation is currently set for March 2, 2015.  As such, the

11 parties have stipulated to continue the three motions to a date after the mediation, but before April 23,

12 2015.  The current hearing date on these motions is April 23, 2015.  The parties hereby request to

13 reschedule the current hearing date on these motions on April 9, 2015 if this order is signed by the

14 Court.

15   SO STIPULATED

16

17

18

19

20

21

22

23

24

25

26

27

28

Date:  February 24, 2015

| | |
|---|---|
| MCCORMACK AND ERLICH, LLP | ARMSTRONG TEASDALE LLP |
| By: /s/  Bryan J. McCormack | By: /s/  John P. Hasman |
| Bryan J. McCormack<br>150 Post Street, Suite 742<br>San Francisco, California 94108<br>Tel: 415.296.8420<br>Fax: 415.296.8552<br>bryan@mcelawfirm.com | John P. Hasman<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis, Missouri 63105<br>Telephone:  314.621.5070<br>Facsimile:  314.621.5065<br>jhasman@armstrongteasdale.com |
| ATTORNEYS FOR PLAINTIFFS | and |
| | Conor P. Flynn<br>3770 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, NV  89169<br>Telephone:  702.678.5070<br>Facsimile:   702.878.9995<br>cflynn@armstrongteasdale.com |
| | ATTORNEYS FOR DEFENDANTS |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing date on Defendants' Motions for Summary Judgment and Motion to Dismiss be moved from April 23, 2015 to April 9, 2015.

Dated:  February 24, 2015

_____
Troy L. Nunley
United States District Judge