UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND LENNEAR AND NARVELL HENRY, SR., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC., et al., <br><br> Defendant. | No. 2:13-cv-01871-TLN <br><br><br> **ORDER CLARFIYING THE COURT'S AMENDED SCHEDULING ORDER** |

This matter is before the Court pursuant to Plaintiffs' objection to the Amended Pretrial Scheduling Order. (ECF No. 78.) This Court previously issued an Amended Pretrial scheduling order in an effort to accommodate requests made within the joint status report filed by the parties. In doing so, the Court adopted language used by the parties in the joint status report. Plaintiffs now assert that such language is "confusing in a number of respects." (ECF No. 78 at 2.) The Court does not agree, but finds that if the language is unclear it is of the parties' own doing. However, in an effort to be crystal clear, the Court shall use simple, elementary terms to describe the parameters of the disclosure deadlines included in the Court's Amended Pretrial Scheduling Order:

- The Court ordered the parties to supplement their discovery responses which Defendants, but only the Defendants, have complied with by providing additional

1

- documentation and supplemented Interrogatory responses and by continuing to pull together necessary supplementation.
- Plaintiff was given until March 18, 2016, to supplement their designated experts by designating additional experts, which they failed to do, and Defendants were given until April 15, 2016, to designate a counter-expert to Plaintiffs' experts.
- Pursuant to this deadline, Plaintiffs and Defendants will have the opportunity to depose each other's designated experts once their reports have been provided, which is implicit in the Court's Order allowing for expert disclosures.
- Nothing in this Order should be construed as reopening the discovery deadline which expired in December 2014.

As to Plaintiffs' confusion as to the deadline for the Joint Final Pretrial Conference Statement, such confusion is warranted. The Joint Final Pretrial Conference Statement is due one week prior to the Joint Final Pretrial Conference, making it due **on or before January 5, 2017**.

Finally, the Court encourages the parties to meet and confer and when possible stipulate to scheduling changes when applicable. The Court has a very full case load and does not appreciate having to arbitrate squabbles between attorneys who should have the professionalism to resolve such scheduling disputes without wasting the Court's time and resources.

IT IS SO ORDERED.

Dated: March 30, 2016

Troy L. Nunley
United States District Judge