UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND LENNEAR AND NARVELL HENRY, SR., | No. 2:13-cv-1871 TLN CKD (TEMP) |
| Plaintiffs, | |
| v. | ORDER |
| DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC; DIAMOND PET FOOD PROCESSORS OF RIPON, LLC; SCHELL & KAMPETER, INC. d/b/a/ DIAMOND PET FOODS, | |
| Defendants. | |

On April 26, 2016, the parties filed a joint statement of discovery disagreement. (Dkt. No. 81.) That same day defendants filed a motion to file documents under seal in connection with the discovery disagreement. (Dkt. No. 82.) Local Rule 302(c)(1) provides that all discovery motions are among the duties to be performed by the assigned Magistrate Judge in civil matters.

However, on March 31, 2016, the assigned District Judge issued an order in which he stated that the discovery deadline in this action "expired in December 2014." (Dkt. No. 80 at 2.) In this regard, the time permitted for the undersigned to hear the parties' discovery dispute has passed.

/////

1

Accordingly, IT IS HEREBY ORDERED that the parties' discovery disagreement (Dkt. No. 81) and defendants' motion to file documents under seal (Dkt. No. 82) are denied without prejudice to renewal.

Dated:  April 28, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

lennear1871.disc.den.nt.docx