UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND LENNEAR AND NARVELL HENRY, SR., | No. 2:13-cv-1871 TLN CKD (TEMP) |
| Plaintiffs, | |
| v. | ORDER |
| DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC; DIAMOND PET FOOD PROCESSORS OF RIPON, LLC; SCHELL & KAMPETER, INC. d/b/a/ DIAMOND PET FOODS, | |
| Defendants. | |

     On June 1, 2016, this matter came before the undersigned for hearing of defendants' motion for reconsideration. Attorney Paul Pfeilschiefter appeared telephonically on behalf of the plaintiffs. Attorney Bradley Bakker appeared telephonically on behalf of the defendants.

     On April 29, 2016, the undersigned issued an order denying the parties' April 26, 2016 discovery disagreement as untimely. (Dkt. No. 84.) Defendants now seek reconsideration of that order. Defendants, however, have failed to show that the April 29, 2016 order was in any respect "clearly erroneous or contrary to law." Local Rule 303(f). Nonetheless, the undersigned cannot ignore the relevant changed circumstances since the April 29, 2016 order was issued. In this regard, on May 4, 2016, the assigned District Judge granted the undersigned the authority to

modify the case's Scheduling Order.  (Dkt. Nos. 94 & 95.)

Accordingly, upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendants' May 3, 2016 motion for reconsideration (Dkt. No. 84) is granted; and

2. Defendants are granted 30 days from the date of this order to conduct the IME at issue.

Dated:  June 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\lennear1871.oah.060116.docx